## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

FARMERS INSURANCE EXCHANGE, et al.,

    Plaintiffs,

vs.

HENRY N. RUSSELL, et al.,

    Defendants.

CA 19-0210-JB-MU

## ORDER

A review of the disclosure statement presented by the Plaintiffs (Doc. 5), pursuant to Civil Local Rule 7.1 and Fed.R.Civ.P. 7.1, has been completed. That review has not revealed any reason to believe that there are potential conflicts of interest that would require disqualification or recusal in this action.

**DONE** and **ORDERED** this the 10th day of May, 2019.

                                            s/P. Bradley Murray
                                          **UNITED STATES MAGISTRATE JUDGE**